IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARRON ROUSE #2010-1201145, )
                              )
          Plaintiff,          )
                              )
     v.                       )    No.  12 C 2706
                              )
COOK COUNTY DEPARTMENT OF     )
CORRECTIONS, et al.,          )
                              )
          Defendants.         )

MEMORANDUM ORDER

Darron Rouse ("Rouse") has submitted a self-prepared 42 U.S.C. §1983 ("Section 1983") Complaint[1] against the Cook County Department of Corrections ("Department"), Sheriff Tom Dart and several personnel employed at the Department (commonly called "County Jail"). Because Rouse has paid neither the $350 filing fee nor complied with the alternative requirement imposed on persons in custody by 28 U.S.C. §1915 ("Section 1915"), this action cannot go forward until he satisfies one of those two requirements.

If a defendant cannot afford to pay the filing fee in advance, Section 1915 permits him or her to seek in forma pauperis status. When such a person is a prisoner, Section 1915(a)(2) requires the submission of both an affidavit described

---

[1] This memorandum order uses "self-prepared" in the sense that Rouse has employed the form Complaint supplied by the Clerk's Office for use by pro se persons in custody, filling in the requested information in typewritten form.

in Section 1915(a)(1)[2] and a certified copy of the prisoner's trust fund account statement for the six-month period preceding the filing of the Complaint (in this instance that would cover the period from October 10, 2011 through April 10, 2012). That latter submission is essential to enable this Court to make the calculation required by Section 1915(b)(1).

Unless and until Rouse complies with one of the two alternatives described here, his case cannot proceed. And unless he does so on or before May 7, 2012, this Court will be constrained to dismiss both the Complaint and this action without prejudice.[3]

```
                                 _____
                                 Milton I. Shadur
                                 Senior United States District Judge
```

Date: April 19, 2012

---

[2] That form is available through the Clerk's Office and, this Court believes, also at correctional institutions throughout the state.

[3] In the meantime, this Court does not address any questions as to possible flaws in the Complaint, such as the inclusion of Department--which is not a suable legal entity--as a defendant.

2